DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADEN DEAN ASHURST, II a/k/a ADEN DEAN ASHURST, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1117
_____

February 11, 2026

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.